

Doc#: 0535012157 Fee: $28.50
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 12/16/2005 01:17 PM Pg: 1 of 3

## ASSIGNMENT OF MORTGAGE

**KNOW THAT** DELTA FUNDING CORPORATION, a domestic corporation duly authorized to do business in the State of New York, having its principal office located at 1000 Woodbury Rd., Woodbury, NY 11797 **Assignor,**

in consideration of TEN DOLLARS ($10.00) and other valuable considerations

paid by: Wells Fargo Bank, Minnesota, NA, as Trustee for Delta Funding Home Equity Loan Trust 2001-1, C/O Ocwen Loan Servicing LLC, as Servicing Agent. 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409

A *unmarried* **Assignee,**

Hereby assigns unto the assignee, 100% undivided interest of Mortgage dated 01/06/01 made by DAISY KENT*A* to Delta Funding Corporation in the principal sum of $ 74,500.00 and recorded on 01/10/01, in the office of the Clerk of the County of Cook, in Liber 8440 of Section of Mortgages, Page 91 , Document # 10025914 covering premises commonly known as:
Property Address: 6846 S CORNELL Chicago, IL 60649

Section:        Block:        Lot:

Parcel: *X* 20-24-308-018-0000
AS SHOWN ON THE LAND AND TAX MAPS OF THE COUNTY OF COOK

THIS ASSIGNMENT IS NOT SUBJECT TO THE REQUIREMENTS OF SECTION 275 OF THE REAL PROPERTY LAW BECAUSE IT IS AN ASSIGNMENT WITHIN THE SECONDARY MORTGAGE MARKET.

Together with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignee and to the successors, legal representatives and assignee forever. The word assignor or assignee shall be construed as if it read assignors or assignees whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment on 09/28/2005.

IN PRESENCE OF:          DELTA FUNDING CORPORATION

By: Carol Hollmann
Title: Vice President

STATE OF NEW YORK, COUNTY OF NASSAU

On 09/28/2005, before me, personally came Carol Hollmann, to me known, who, being by me duly sworn, did depose and say that she resides in 1000 Woodbury Road, Woodbury, New York 11797, and that she is the Vice President of Delta Funding Corporation, the coporation described in and which executed the above instrument; and that she signed her name thereto by authority of the board of directors of said corporation.

Witness My Hand and Official Seal.

NOTARY PUBLIC

JESSICA A. CONDE
Notary Public, State Of New York
No. 01CO603083
Qualified In Queens County
Commission Expires 2/7/2006

**ASSIGNMENT OF MORTGAGE WITHOUT COVENANT**
Loan #: 166488
App#: 10315391

**TITLE NO:**
**DELTA FUNDING CORPORATION**
**TO:**

[WHEN RECORDED RETURN TO]
NTC -- ATTN: JESSICA LESINSKI
2100 ALT. 19 NORTH
PALM HARBOR, FLORIDA 34683
DELTA Loan #: 166488

Wells Fargo Bank, Minnesota, NA, as Trustee for Delta Funding Home Equity Loan Trust 2001-1, C/O Ocwen Loan Servicing LLC, as Servicing Agent. 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409

LOTS 15 AND 16 IN BLOCK 5 IN SOUTH JACKSON PARK SUBDIVISION OF THE NORTHWEST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 24, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PIN # 20-24-308-018-0000