

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

WELLS FARGO BANK, N.A.
VS.
MATTIE ANDERSON, ET AL.

Case Number: 1:12-CV-1521

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MATTIE ANDERSON, SUSIE ANN BAILEY,
MARY LEE GREEN, JOHN KENT,
LEE EARL KENT, AND GLORIA JEAN PRUITT

**FILED**
JUN - 4 2012 YM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| ANTHONY M. VACCARELLO |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ *[signature]* |

| FIRM |
| --- |
| ANTHONY M. VACCARELLO, P.C. |

| STREET ADDRESS |
| --- |
| 9959 S. ROBERTS RD. |

| CITY/STATE/ZIP |
| --- |
| PALOS HILLS, IL 60465 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 2880873 | 708 598-4400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |